**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1709

CORNELL D.M. JUDGE CORNISH,

             Plaintiff - Appellant,

      v.

BALTIMORE CITY; CITY COUNCIL; MAYOR AND PRESIDENT OF THE
CITY COUNCIL,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:14-cv-03117-GLR)

Submitted:  October 20, 2015          Decided:  October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cornell D.M. Judge Cornish, Appellant Pro Se.  Frederic Nelson
Smalkin, Jr., Assistant Solicitor, BALTIMORE CITY LAW
DEPARTMENT, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornell D.M. Judge Cornish appeals the district court's orders dismissing his complaint for failure to state a claim upon which relief could be granted, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cornish v. Balt. City, No. 1:14-cv-03117-GLR (D. Md. May 15, 2015, June 26, 2015). We grant Cornish's motion for leave to file a reply brief exceeding this Court's length limitations and deny his motion to add copyrighted work to the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED